THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) | |
| -v- | ) ) | No. 09CV7752 |
| CUE CAFÉ, INC., an Ill. Corp., | ) | Judge Andersen |
| Defendant. | ) | |
| and | ) | Mag. Judge Valdez |
| ALLEGIANCE COMMUNITY BANK, | ) | |
| Garnishee-Defendant | ) | |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COMES the Plaintiff, UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $4,735.00 in favor of Plaintiff and against Garnishee Defendant, ALLEGIANCE COMMUNITY BANK, pursuant to Garnishee's answer to Plaintiff's garnishment attached hereto as Exhibit "A," and further to order Garnishee Defendant to pay Plaintiff the monies due hereunder, within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: April 26, 2010